COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 January 29, 2015
 No. 10-14-00256-CV
 IN THE INTEREST OF K.R. AND K.R., CHILDREN
 
 
 From the 74[th] District Court
 McLennan County, Texas
 Trial Court No. 2013-2294-3
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised and finds no reversible error is presented. Accordingly the trial court's Order of Termination signed on August 5, 2014 is affirmed.
It is further ordered that appellee, the State of Texas, is awarded judgment against Kimberly Sowders, for the State's appellate costs that were paid, if any, by the State; and all unpaid appellate court cost, if any, is taxed, against Kimberly Sowders.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM

 SHARRI ROESSLER, CLERK

 By: Nita Whitener 
 Deputy Clerk